IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NORTHWEST SHEET METAL WORKERS WELFARE FUND; NORTHWEST SHEET METAL WORKERS PENSION FUND; and NORTHWEST SHEET METAL WORKERS SUPPLEMENTAL PENSION TRUST,

Plaintiffs,

v.

SPOKANE TIN & SHEET IRON WORKS, INC.,

Defendant.

No.

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**

**JURISDICTION AND VENUE**

1. This is an action brought pursuant to Section 301 of the National Labor Relations Act, as amended (hereafter "the Act"), 29 U.S.C. § 185, and Section 502 of the Employee Retirement Income Security Act of 1974 (hereafter "ERISA"), 29 U.S.C. § 1132. Jurisdiction and venue are conferred upon this Court by 29 U.S.C. § 185(a), 1132(a), (e) and (f).

**PARTIES**

2. Plaintiff NORTHWEST SHEET METAL WORKERS WELFARE FUND (hereafter "Welfare Trust") is a labor-management health and welfare trust fund created pursuant to the provisions of Section 302(c) of the Act, 29 U.S.C. § 186(c), and authorized to

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF – NO.         - Page 1

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW

1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121

sue in its own name by Section 502(d)(1) of ERISA, 29 U.S.C. § 1132(d)(1).  Plaintiff Welfare Fund is administered in the State of Washington.

3. Plaintiff NORTHWEST SHEET METAL WORKERS PENSION FUND (hereafter "Pension Trust") is a labor-management pension trust fund created pursuant to the provisions of Section 302(c) of the Act, 29 U.S.C. § 186(c), and authorized to sue in its own name by Section 502(d)(1) of ERISA, 29 U.S.C. § 1132(d)(1).  Plaintiff Pension Fund is administered in the State of Washington.

4. Plaintiff NORTHWEST SHEET METAL WORKERS SUPPLEMENTAL PENSION TRUST (hereafter "Supplemental Pension Trust") is a labor-management pension trust fund created pursuant to the provisions of Section 302(c) of the Act, 29 U.S.C. § 186(c), and authorized to sue in its own name by Section 502(d)(1) of ERISA, 29 U.S.C. § 1132(d)(1). Plaintiff Pension Fund is administered in the State of Washington.

5. Defendant SPOKANE TIN & SHEET IRON WORKS, INC. ("Spokane Tin") is a sheet metal contractor and is a party to a collective bargaining agreement with Sheet Metal Workers Local 55.  That industry affects commerce within the meaning of the Act.  Spokane Tin has employed or does employ persons represented by Local 55.  Spokane Tin's principal place of business is 3807 E Ferry Ave, Spokane, WA 99202.

**CLAIM FOR RELIEF**

6. Plaintiffs incorporate by reference as though set forth fully herein paragraphs 1 through 5 above.

7. The collective bargaining agreement between Defendant and Local 55 was in effect at all times material hereto.  By that agreement Defendant Spokane Tin became obligated to make monthly contributions to plaintiffs Welfare, Pension, and Supplemental Pension, as well as other funds, on behalf of employees represented by Local 55.  By that agreement, Defendant Spokane Tin also became obligated to adhere to the Trust Agreements for plaintiff Trusts, as well as policies lawfully adopted by the Trustees of Plaintiff trusts.

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF – NO.        - Page 2

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW
1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121

8. Defendant has also agreed to and has received money from its Local 55 employees, as part of the employees' after-tax wages, which Defendant is and was obligated on a monthly basis to deposit into each employee's account, or submit to Local 55 as part of each employee's dues obligation. Defendant holds such money in trust.

9. Payments due to the various plaintiff and non-plaintiff Trusts, and the amounts of employees' after-tax wages held in trust by Defendant, are calculated pursuant to a contribution reporting form required to be prepared monthly by Defendant and submitted to the plaintiff Trusts.

10. On or about July 17, 2013, the Trustees duly adopted a policy imposing a monthly convenience fee for all employers who failed to submit their monthly contribution reporting forms through the Electronic Contribution Reporting (ECR) website. The policy provided that for the period of September 2013 - November 2013, the monthly convenience fee ("ECR fee") was $100; for the period of December 2013 to February 2014 the ECR fee was $200; and for March 2014 and thereafter the ECR fee was $500. The purpose of the policy was to ensure the efficient administration of Trust contributions by incentivizing employers to remit contribution reports electronically and to recoup the administrative costs associated with manually entering reports that are not submitted electronically. Pursuant to that policy, Defendant's would be charged a $500 per month ECR fee for each month when Defendant did not submit its contribution report electronically.

11. The contribution reporting form and accompanying payment are due at the Welfare office and address within fifteen (15) days after the end of each calendar month.

12. In March 2018, April 2018, May 2018 and June 2018, Defendant failed to use the designated website to electronically submit completed contribution reporting forms. As such, plaintiff Trusts imposed a $500 ECR fee for each month – March 2018, April 2018, May 2018, and June 2018 – that Defendant failed to submit its contribution report electronically. Despite its obligation under the collective bargaining, trust agreements, and policies adopted by the Trusts to pay these ECR fees, and despite multiple demands for payment by plaintiffs, Defendant has

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF – NO.      - Page 3

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW
1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121

refused to pay these fees. As a result, Defendant owes outstanding ECR fees, in violation of its obligations under the trust agreements and policies adopted thereunder, and the collective bargaining agreement.

13. Unless ordered by this Court, Defendant will continue to refuse to pay to the Plaintiffs the ECR fees due them. As a result, Plaintiffs will be irreparably damaged.

14. In addition to the unpaid ECR fees, Plaintiffs are entitled to the following pursuant to Section 502(g) of ERISA, 29 U.S.C. § 1132(g), and Section 301 of the Act, 29 U.S.C. § 185, as amended:

    (a) Interest on the unpaid ECR fees;

    (b) Reasonable attorneys' fees and the costs of this action.

A copy of this complaint will be served upon the Secretary of Labor and the Secretary of the Treasury by certified mail as required by ERISA, 29 U.S.C. § 1132(h).

WHEREFORE, plaintiffs demand judgment against the Defendant:

1. Obligating Defendant to pay to plaintiffs the full amount of all ECR fees owing, with the proper amount of interest as established by Section 502(g) of ERISA, 29 U.S.C. § 1132(g), the Trust Agreements, and the collective bargaining agreement;

2. Restraining and enjoining Defendant, its officers, agents, servants, attorneys, and all persons acting on its behalf or in conjunction with it from: (a) refusing to pay ECR fees to plaintiffs; and (b) refusing to pay to plaintiffs all monies, including interest, due from March 2018 to current, and for all periods thereafter for which Defendant is obligated to make timely payments under the terms of the collective bargaining agreement;

//
//
//
//
//

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF – NO.    - Page 4

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW

1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121

  3. Requiring Defendant to pay to plaintiffs reasonable attorneys' fees and the costs of this action as set forth in Section 502(g) of ERISA 29 U.S.C. § 1132(g); and

  4. Granting plaintiffs such further and other relief as may be just and proper.

DATED this  28th   day of August, 2018.

        MCKANNA BISHOP JOFFE, LLP

        s/ Noah Barish
        Noah T. F. Barish
        WSBA No. 52077
        Telephone: 503-821-0960
        Email: nbarish@mbjlaw.com
        Of Attorneys for Plaintiffs

COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF – NO.       - Page 5

MCKANNA BISHOP JOFFE, LLP
ATTORNEYS AT LAW
1635 NW Johnson Street
Portland, Oregon 97209
503-221-6111 / FAX: 503-221-6121