UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS WELFARE FUND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SPOKANE TIN & SHEET IRON WORKS, INC., <br><br> Defendant. | CASE NO. C18-1270-JCC <br><br> ORDER |

This matter comes before the Court on Plaintiffs' motion for default judgment (Dkt. No. 12). The Court has considered the motion and the relevant record and FINDS that:

(1) Defendant Spokane Tin & Sheet Iron Works, Inc., was properly served in this matter on or about September 4, 2018 (Dkt. No. 7);

(2) The Clerk entered an order of default against Defendant on October 24, 2018 (Dkt. No. 10);

(3) Defendant has failed to appear or otherwise defend in this action; and

(4) The factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471–72 (9th Cir. 1986) support granting default judgment in Plaintiffs' favor.

Accordingly, Plaintiffs' motion for default judgment (Dkt. No. 12) is GRANTED in its entirety. The Court GRANTS judgment in favor of Plaintiffs and against Defendant in the

following amounts:

    (1)    $2,000 in Electronic Contribution Reporting fees due for the period March 2018, April 2018, May 2018, and June 2018, with interest at the rate of 2.57% per annum until paid; and

    (2)    $4,113 in attorney fees and $624.14 in costs, with interest at the rate of 2.57% per annum until paid.

DATED this 22nd day of February 2019.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C18-1270-JCC
PAGE - 2